UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 50076-1 |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| ERIC INSELBERG | ) | |

UNOPPOSED UNITED STATES' COMBINED MOTIONS
FOR LEAVE TO DISMISS INDICTMENT
AND TO DISMISS INDICTMENT

The United States of America, by its attorney, GARY S. SHAPIRO, United States Attorney for the Northern District of Illinois, respectfully submits these Unopposed Combined Motions for Leave to Dismiss Indictment and to Dismiss Indictment.

The United States moves this Court for leave to dismiss the indictment and to dismiss the indictment pursuant to Fed.R.Crim.P. 48(a).

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By:/s Michael D. Love
MICHAEL D. LOVE
Assistant United States Attorney
327 South Church Street, Ste. 3300
Rockford, Illinois 61101
(815) 987-4444

CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

UNOPPOSED UNITED STATES' COMBINED MOTIONS
FOR LEAVE TO DISMISS INDICTMENT
AND TO DISMISS INDICTMENT

were served on April 18, 2013, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any.

/s Michael D. Love
MICHAEL D. LOVE
Assistant United States Attorney
Suite 3300
327 South Church Street
Rockford, Illinois 61101
(815) 987-4444