```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                             WESTERN DIVISION

UNITED STATES OF AMERICA,    )    Docket No. 11 CR 50076
                             )
            Plaintiff,       )    Rockford, Illinois
                             )    Wednesday, October 10, 2012
     v.                      )    11:12 o'clock a.m
                             )
ERIC INSELBERG,              )
                             )
            Defendant.       )

                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE P. MICHAEL MAHONEY

APPEARANCES:

For the Government:          HON. GARY S. SHAPIRO
                             Acting United States Attorney
                             (327 S. Church Street,
                              Rockford, IL  61101) by
                             MR. MICHAEL D. LOVE
                             Assistant U.S. Attorney

For the Defendant:           CRITCHLEY, KINUM & VAZQUEZ, LLC
                             (75 Livingston Avenue,
                              Roseland, NJ, 07068) by
                             MR. EDMUND DE NOIA

                             MR. BRENDAN W CAVER
                             LAW OFFICE OF BRENDAN W CAVER, LTD.
                             (308 W State Street,
                              Suite 97,
                              Rockford, IL  61101)

Court Reporter:              Mary T. Lindbloom
                             327 S. Church Street
                             Rockford, Illinois  61101
                             (815) 987-4486
```

PDF created with pdfFactory trial version www.pdffactory.com

1    (The following is from a tape-recording of proceedings:)
2           THE COURT: This is case 11 CR 50076, United States of
3    America v. Eric Inselberg. I would request that all counsel,
4    we'll start with counsel on behalf of the United States, please
5    identify themselves for the court record.
6           MR. LOVE: Good morning, your Honor. Mike Love on
7    behalf of the United States.
8           THE COURT: Good morning, counsel.
9           MR. CAVER: Good morning, your Honor. Brendan Caver on
10   behalf of Eric Inselberg.
11          THE COURT: Good morning, counsel.
12          MR. DE NOIA: Good morning, your Honor. Edmund DeNoia
13   of the law firm Critchley, Kinum & Vazquez located in Roseland,
14   New Jersey, on behalf of Mr. Inselberg.
15          THE COURT: Good morning, counsel.
16          MR. DE NOIA: Good morning, your Honor.
17          THE COURT: All right, counsels. We had a superseding
18   indictment come down on 9-13, 2012. I need to know where you
19   are, whether or not there was substantial additional discovery
20   that came with the superseding indictment. Basically give me an
21   update from the defense point of view as far as where the case
22   is at.
23          MR. DE NOIA: Your Honor, at our last status or,
24   actually, at the arraignment on the superseding indictment, we
25   received additional discovery from the government. It was

PDF created with pdfFactory trial version www.pdffactory.com

somewhat substantial. We did review it prior to completing our motions.

I have completed the pretrial motions. They were filed on the Pacer system last night before I left to come to Illinois. I have courtesy copies of the motions with me. Mr. Love instructed me to stop down at the Clerk's Office and file them on our way out today.

I have also turned over voluminous reciprocal discovery to Mr. Love today consisting of approximately 10,000 photographs and some additional documents to go along with that. The photographs were printed in three large binders. They're directly related to the charges against Mr. Inselberg.

The essence of the charges against Mr. Inselberg are sports memorabilia related, and a lot of the sports memorabilia has been documented in photographs turned over to Mr. Love that we believe may refute some of the allegations or the allegations against Mr. Inselberg.

THE COURT: How many motions did you file, counsel?

MR. DE NOIA: I filed a motion to dismiss based upon perjured testimony in the grand jury, a motion to dismiss based on lack of venue, a motion to transfer this case in accordance with Rule 21(b) to the District of New Jersey, a Santiago motion, and, finally, just a motion to file additional motions, if necessary.

THE COURT: Counsel, did you file the memorandum in

PDF created with pdfFactory trial version www.pdffactory.com

4

1  support of the motions along with the motions?
2              MR. DE NOIA:  Yes, I did, your Honor.
3              THE COURT:  All right.  What's the position of the
4  United States on all this?
5              MR. LOVE:  Your Honor, the motion presents substantial
6  issues, particularly the first one that counsel mentioned
7  regarding allegations of perjury in the investigation.
8  Allegations such as that require us to seriously review and
9  consider what occurred.  Additionally, the motions in and of
10 themselves are lengthy and complex, present complex issues.  And
11 then, of course, there's the discovery that counsel mentioned.
12             I'm asking for 60 days for a response time, and I'll
13 have a motion to exclude the time period on two bases, your
14 Honor.  3161(h)(1)(D) for the delay attributable to the filing
15 of a pretrial motion, but because of the prompt disposition
16 language in that subsection, also because of the allegations of
17 perjury, serious matters that those present, I'm also asking for
18 the exclusion of the time pursuant to Title 18, 3161(h)(7), in
19 that the failure to grant the continuance may result in a
20 miscarriage of justice.
21             THE COURT:  All right.  Let's take it one step at a
22 time.  Does defense counsel object to the United States having
23 60 days to respond to all the motions?
24             MR. DE NOIA:  No, your Honor.  No objection.
25             THE COURT:  All right.  Then I'm going to set the

PDF created with pdfFactory trial version www.pdffactory.com

1　response time as far as the motions are concerned as of -- let's
2　go with December 10, 2012.
3　　　　　Now, counsel, do you want to see the response before we
4　set a reply time, or are you prepared to set a reply time at
5　this time?
6　　　　　MR. DE NOIA:  Your Honor, it would be our preference to
7　see the opposition before we set the reply date.  I don't
8　know -- and to be clear, the allegations of perjury are not
9　against the U.S. Government being complicit with any of the
10　witnesses.  It's that the actual witnesses, who happen to live
11　in New Jersey, once they came out here perjured themselves.  But
12　once Mr. Love and the government have a chance to review it, we
13　may have some additional matters to discuss.  So, I'd rather not
14　set a date at this point, if possible.
15　　　　　THE COURT:  Well, what about if we came back then
16　either like December 11th or December 12th.  You'll have the
17　response of the United States by then.  We can see what's
18　appropriate based upon the circumstances.  And because of the
19　type of motions involved and the briefing schedule the court is
20　setting, it would be the suggestion of the court that the matter
21　remain with the magistrate judge until such time as I get
22　everything straightened out as to when the reply is going to be.
23　　　　　MR. DE NOIA:  That would be fine with us, your Honor.
24　We actually agree with that, and Mr. Love and I spoke about that
25　last night on the phone, as far as keeping the case with your

PDF created with pdfFactory trial version www.pdffactory.com

1  Honor.
2      THE COURT: Is either the 11th or 12th of December good
3  for both parties?
4      MR. DE NOIA: The 11th would work better, your Honor,
5  if possible.
6      MR. LOVE: The 11th is fine with me, Judge.
7      THE COURT: All right. I'll bring the case back then
8  12-11, 2012. I'll bring it back at 11:00 o'clock in the morning
9  for a status, as far as matters are concerned.
10      Now, what's the position of the defendant going to be
11  in regard to the motion I'm going to get in regard to exclusion
12  under the Speedy Trial Act?
13      MR. DE NOIA: No objection, your Honor.
14      THE COURT: All right. Counsel, why don't you go ahead
15  and make the motion then.
16      MR. LOVE: Your Honor, pursuant to Title 18, United
17  States Code, Section 3161 subsections (h)(1)(D) and (h)(7), the
18  United States moves to exclude the time period from today
19  through and including December 10th for the reason that the
20  delay is attributable to the pretrial motion and also for the
21  reason that the failure to grant the continuation of proceedings
22  would result in a miscarriage of justice.
23      THE COURT: Counsel, have you had the opportunity to
24  discuss the motion with your client, and does he have any
25  objection to the motion?

PDF created with pdfFactory trial version www.pdffactory.com

1  MR. DE NOIA: Your Honor, we've discussed the issue at
2  length, and he has no objection.
3  THE COURT: All right. Here's what I'm going to do.
4  I'm going to grant the motion of the United States. I'm going
5  to exclude the period of time from today's date, October 10th,
6  2012, through December 10th, 2012, and I'm going to do it for
7  two reasons. One, a substantial number of motions are under
8  advisement and that the matter has to be briefed, including a
9  reply brief, in order for the district court to have the
10 opportunity to review the motion.
11 But also because the period of time of 60 days to
12 respond to the motion is unusually long, the court is going to
13 take that into consideration and also do the balancing required
14 under 18 U.S.C. 3161(h)(7) in where I balance the interest of
15 the general public and the defendant to a speedy trial versus
16 whether or not there is a potentiality here for a miscarriage of
17 justice, and balancing those issues, I find that this additional
18 time in order for the United States to respond to and
19 investigate the allegations which are contained in the motion
20 outweigh the interest that the defendant and the general public
21 have to a speedy trial. Therefore, under the ends of justice
22 provision, I'm also going to exclude that same period of time
23 and, as I said, bring everybody back on the 12-11 date at
24 11:00 o'clock. We'll see where we're at at that point in time.
25 Anything I didn't cover on behalf of the defendant?

PDF created with pdfFactory trial version www.pdffactory.com

1    MR. DE NOIA:  No, your Honor.

2    THE COURT:  Anything on behalf of the United States?

3    MR. LOVE:  No, your Honor.  Thank you.

4    THE COURT:  Have a great day, counsels, would you,

5 please?

6    MR. DE NOIA:  Thank you, your Honor.

7    (Which were all the proceedings had in the above-entitled

8    cause on the day and date aforesaid.)

9    I certify that the foregoing is a correct transcript from

10 the tape-recording of proceedings in the above-entitled matter.

11

12

   _____

13 Mary T. Lindbloom
   Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com