```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                          WESTERN DIVISION

UNITED STATES OF AMERICA,    )    Docket No. 11 CR 50076
                             )
              Plaintiff,     )    Rockford, Illinois
                             )    Wednesday, April 17, 2013
       v.                    )    11:00 o'clock a.m
                             )
ERIC INSELBERG,              )
                             )
              Defendant.     )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE P. MICHAEL MAHONEY

APPEARANCES:

For the Government:      HON. GARY S. SHAPIRO
                         Acting United States Attorney
                         (327 S. Church Street,
                          Rockford, IL  61101) by
                         MR. MICHAEL D. LOVE
                         Assistant U.S. Attorney

For the Defendant:       CRITCHLEY, KINUM & VAZQUEZ, LLC
                         (75 Livingston Avenue,
                          Roseland, NJ, 07068) by
                         MR. EDMUND DE NOIA

                         MR. BRENDAN W CAVER
                         LAW OFFICE OF BRENDAN W CAVER, LTD.
                         (308 W State Street,
                          Suite 97,
                          Rockford, IL  61101)

Court Reporter:          Mary T. Lindbloom
                         327 S. Church Street
                         Rockford, Illinois  61101
                         (815) 987-4486

PDF created with pdfFactory trial version www.pdffactory.com

(The following is from a tape-recording of proceedings:)

THE COURT: We'll take up at this time 11 CR 50076, United States of America v. Eric Inselberg. I'm requesting all counsel, we'll start with the United States, to please identify themselves for the court record.

MR. LOVE: Good morning, your Honor. Mike Love on behalf of the United States.

THE COURT: Good morning, counsel.

MR. DE NOIA: Good morning, your Honor. Edmund DeNoia of the law firm Critchley, Kinum & Vazquez of Roseland, New Jersey, on behalf of Eric Inselberg, who's standing to my left.

THE COURT: Good morning, counsel.

MR. DE NOIA: Good morning.

MR. CAVER: Good morning, Judge. Brendan Caver, also on behalf of Mr. Inselberg.

THE COURT: Good morning, counsel.

I'm going to start with defense counsel because this case has taken twists and turns while I've been involved in it. So, I always have to turn to you and say where do you think we're at right now.

MR. DE NOIA: Judge, at this point we have filed our reply to the government's response to the initial motions we filed back on October 10th. The reply included the legal issues that we discussed earlier, which are change of venue, dismissal for lack of venue, and dismissal for perjured testimony in the

PDF created with pdfFactory trial version www.pdffactory.com

1  grand jury.
2         We did add one new legal issue into the brief, which we
3  discovered last night is the or a potential e-mail that may or
4  may not have been manufactured fraudulently. And those issues
5  are contained in our reply brief and has been filed on Pacer
6  yesterday approximately 3:00 p.m
7         THE COURT: Your input.
8         MR. LOVE: We're ready to transfer to Judge Reinhard.
9  We've checked with his minute clerk and obtained a time and
10 date. May 2nd at 11:15.
11        THE COURT: Are you satisfied with the briefing in
12 regard to the motions that are pending?
13        MR. LOVE: Yes.
14        THE COURT: All right. I'll indicate at this time the
15 matter is transferred. The pending motion is fully briefed and
16 is also transferred, of course, to the district court judge.
17 I'll direct that trial counsel and the defendant appear in front
18 of Judge Reinhard on 5-2, 2011 -- 2013, sorry. Did you say at
19 11:15?
20        MR. LOVE: Yes, your Honor.
21        THE COURT: At 11:15 in the morning.
22        Anything further on behalf of the defendant?
23        MR. DE NOIA: No, your Honor.
24        THE COURT: United States?
25        MR. LOVE: May I just check?

PDF created with pdfFactory trial version www.pdffactory.com

1  THE COURT: Yes.

2  (Brief pause.)

3  MR. LOVE: I just wanted to double check with defense
4  counsel about 11:15.

5  MR. DE NOIA: Yes, it was 11:15, your Honor.

6  THE COURT: Well, that will give you some time to
7  travel here, at least, counsel.

8  Motion by the United States?

9  MR. LOVE: No, your Honor.

10  THE COURT: Anything further?

11  MR. DE NOIA: No, your Honor.

12  THE COURT: Have a great day. Good luck.

13  MR. DE NOIA: Thank you, your Honor.

14  (Which were all the proceedings had in the above-entitled
15  cause on the day and date aforesaid.)

16  I certify that the foregoing is a correct transcript from
17  the tape-recording of proceedings in the above-entitled matter.

20  _____
Mary T. Lindbloom
Official Court Reporter